UNITED STATES DISTRICT COURT
SOUTERN DISTRICT OF NEW YORK
------------------------------X
INFOSINT S.A.,
                  Plaintiff,

-against-

FOREST PHARMACEUTICALS, INC.
                  Defendant.
------------------------------X

Case No. 07 Civ 6525

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE  )
                      s.s.:
COUNTY OF NEW CASTLE )

      Daniel Newcomb, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

      That on the 20 day of July, 2007, at approximately 3:02 PM a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Plaintiff's Corporate Disclosure Statement and Complaint with Jury Demand and Exhibits upon Forest Pharmaceuticals, Inc. by serving their Registered Agent, United States Corporation Company at 2711 Centerville Road, Wilmington, Delaware by personally delivering and leaving the same with Mary Drummond who informed deponent that he/she holds the position of Managing Agent, and is authorized by appointment to accept service on behalf of Forest Pharmaceuticals, Inc.

      Mary Drummond is a Black Female approximately 40 years of age, stands approximately 5 feet, 6 inches tall, weighs approximately 130 pounds with Brown hair and Brown eyes.

Sworn to before me this
20 day of July, 2007.

_____
PROCESS SERVER
Daniel Newcomb

_____
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008