**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INFOSINT S.A.,<br><br>        Plaintiff,<br><br>    v.<br><br>FOREST PHARMACEUTICALS, INC.<br><br>        Defendant. | Civil Action No.  07 CIV 6525 |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT
OF FOREST PHARMACEUTICALS, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Forest Pharmaceuticals, Inc. (a nongovernmental corporate party) makes the following disclosure statement:

**I.  PARENT CORPORATIONS:**

Forest Laboratories, Inc. is the parent corporation of Forest Pharmaceuticals, Inc.

**II.  PUBLICLY HELD COMPANIES OWNING 10% MORE OF ITS STOCK:**

Forest Laboratories, Inc. is a publicly held corporation owning 10% or more of Forest Pharmaceuticals, Inc.'s stock.  No other publicly held corporation owns 10% or more of Forest Pharmaceuticals, Inc.'s stock.

Dated:  August 8, 2007

By:

/s/ Peter J. Armenio
Peter J. Armenio (PA-6827)
Gerald J. Flattmann, Jr. (GF-4793)
Ellen A. Scordino (ES-5127)
Gregory A. Morris (GM-6537)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

*Attorneys for Defendant*