# Exhibit A



**KENYON & KENYON LLP**
Intellectual Property Law

James Galbraith
Direct 212.908.6317
jgalbraith@kenyon.com

One Broadway
New York, NY 10004-1050
212.425.7200
Fax 212.425.5288

July 27, 2006

**VIA EMAIL**

Peter J. Armenio, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

      Re:    *Infosint S.A. v. H. Lundbeck A/S*

Dear Peter:

      We have reviewed the summary judgment papers. We are not convinced that the law is as defendants argue. Nevertheless, in view of the fact that the '973 patent also covers the processes that employ trioxane, and in an effort to streamline the issues for trial, Infosint will agree to a stipulation dismissing the '516 patent and corresponding counterclaims from the case.

      If you wish, we can draft a form of stipulation and order and send it to you. Please let me know how you would like to proceed.

Very truly yours,

James Galbraith