

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INFOSINT S.A.,

        Plaintiff,

- against -

FOREST PHARMACEUTICALS, INC.,

        Defendant.

Civil Action No: 07 CV 6525 (LAK)(RLE)

ECF Case

## CONSENT JUDGMENT AND ORDER OF DISMISSAL

Pursuant to the joint stipulation and consent of Plaintiff Infosint S.A. ("Infosint") and Defendant Forest Pharmaceuticals, Inc. ("Forest Pharma"), this Court hereby issues the following consent judgment and order:

### Stipulated Facts

A.    Infosint stipulates that its Complaint in this action (No. 07-CV-6525) and the claims asserted therein should be dismissed, with prejudice except as to Civil Action No. 06-CV-2869 (LAK)(RLE), a related case that is presently pending before this Court.

B.    In view of Infosint's stipulation of dismissal, Forest Pharma stipulates that its defenses and counterclaims in this action (No. 07-CV-6525) should be dismissed as moot.

### Consent Judgment and Order

Pursuant to the stipulation and consent of the parties, in view of the above-stipulated facts, and in the interest of efficiency and judicial economy, the Court hereby finds, adjudges and rules as follows:

1. Infosint's Complaint in this action (No. 07-CV-6525) and the claims asserted therein are hereby dismissed, with prejudice except as to Civil Action No. 06-CV-2869 (LAK)(RLE), a related case that is presently pending before this Court.

2. Forest Pharma's defenses and counterclaims in this action (No. 07-CV-6525) are hereby dismissed as moot.

SO ORDERED:

This 25th day of April, 2008

_____
Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York

**STIPULATED AND CONSENTED TO BY:**

_____
James Galbraith (JG-4451)
Maria Luisa Palmese (MP-5855)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

*Attorneys for Plaintiff Infosint*

_____
Peter J. Armenio (PA-6827)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorney for Defendant Forest Pharma*